IN THE UNITED STATES COURT OF APPEALS
3d CIRCUIT

IN RE: Alford v. Baylor, et al. # 20-3297 (LORA, et al. # 853 F. APP'X 803 AT N.4)...
- United States District Court #1:20-

MOTION TO REOPEN ALFORD
v. BAYLOR, et al. # 20-3297

TO THE HONORABLE, JUDGES OF SAID COURT:

AND NOW COMES PLAINTIFF, CRAIG ALFORD WHO RESPECTFULLY ASK THIS COURT TO REOPEN THIS CASE AND TAKE JURISDICTION OF THIS CASE, AND AVERS THE FOLLOWING IN SUPPORT THEREOF:

1.) THIS COURT REMANDED THIS CASE AND VACATED THE U.S.D.C. - MIDDLE COURT/DECISION... SEE LORA, et al. 853 F APP'X AT 801

2.) THE DISTRICT COURT DISMISSED THE COMPLAINT AND ALLOWED ME TO AMEND.

3.) I AMENDED THE COMPLAINT TIMELY IN DEC., 2021

4.) Defendants moved for a motion to dismiss and the U.S.D.C. only dismissed clerk of court, warden, but allowed me to proceed against (1) Haidle official capacity; and (2) Haidle, Baylor and Armond for individual capacity 14th Amend. violation. Alford v. Baylor, et al. # 2022 U.S. Dist. LEXIS 141661

5.) The U.S.D.C. set pretrial deadlines for discovery

6.) The defendants did not reply to my discovery request and failed to disclose, in fact, the

1 of 2

defendants misled the court that it answered my discovery request, but they did not

7.) I moved for summary judgment, declaratory judgment, and motion to compel discovery and sanctions

8.) The U.S.D.C. dismissed my motion for summary judgment and declaratory judgment without considering any of my attached exhibits proving I am entitled to summary/declaratory judgment, I objected...

9.) Defendants moved for summary judgment, I disputed such and also stated defendants motion for summary judgment should be denied because they did not submit discovery at all..

10.) By memorandum and order defendants motion for summary judgment was granted Oct. 19, 2023. I dispute these findings.

11.) I ask that this court reopen this case and accept jurisdiction to disposition this case, so I can have a fair bite at the apple..

Wherefore, I pray, this court reopen this case, title it Alford v. Beglar, et al. #20-3297, and accept jurisdiction as I was also allowed to proceed IFP in the U.S.D.C. and this court.

Respectfully submitted,
Craig Alford
Craig Alford

2 of 2

## PROOF OF SERVICE

I certify that I have on this day served a copy of the following and in the manner indicated below to satisfy the rules of court.

Service by 1st class mail postage prepaid to:

Gerard Geiger, Esq.
712 Monroe St.
Stroudsburg, PA 18360

## Certification

I declare, under the penalty of perjury that the information herein is true to the best of my knowledge and belief.

By: Craig Alford
Craig Alford

Smart Communications/PADOC
SCI- Phoenix
Name CRAIG ALFORD
Number QL2225
PO Box 33028
St Petersburg FL 33733

LEGAL MAIL ADDRESS:
1200 MOKYCHNA DRIVE
COLLEGEVILLE, PA 19426

RECEIVE
OCT 30 2023
U.S.C.A. 3rd. CIR

OFFICE OF THE CLERK
THIRD CIRCUIT COURT OF APPEALS
THIRD CIRCUIT...
21400 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

neopost
10/26/2023
US POSTAGE $000.63⁰
ZIP 19426
041M12252211