UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **20-3297**

Lora v. Baylor

To:  Clerk

    1)    Motion by Appellant to Reopen Appeal

___

    This appeal concluded when the Court issued its decision vacating the District Court's judgment and remanding the matter to the District Court for further proceedings. In the foregoing motion, the appellant asks that the Court reopen this case so that he may seek review of the District Court's newest judgment entered on October 19, 2023.

    No action will be taken on the foregoing motion to reopen within the context of this appeal.  This appeal has concluded, and the Court's opinion and judgment made no provision for reopening the appeal.

    It is noted that the appellant filed a new notice of appeal with the District Court seeking review of the judgment entered on October 19, 2023.  This new appeal has been docketed at No. 23-2987.

For the Court,

 s/ Patricia S. Dodszuweit  
Clerk

Dated: November 7, 2023  
PDB/cc: Craig Alford  
       All Counsel of Record